**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MATHER FAMILY TRUST

Plaintiff

CA 05 047 T

V.

C.A. No. 05-
(R.I. Superior Court – PC05-0214)

7-ELEVEN, INC.

Defendants

**NOTICE OF FILING PETITION FOR REMOVAL**

**TO:** Michael A. Kelly, Esq.
55 Pine Street
Suite 5000
Providence, RI 02903

Providence County Superior Court Clerk
250 Benefit Street
Providence, RI 02903

Please take notice that the defendants, 7-ELEVEN, INC., have this day filed in the United States District Court for the District of Rhode Island a Petition for Removal of the above-entitled action from the Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§1441 and 1446.

Dated this 7th day of February 2005.

Defendants,
By their attorney,

Marc DeSisto (MO)

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax: 272-9937
E-Mail: marc@desistolaw.com



2

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 7th day of February 2005 to:

Michael A. Kelly, Esq.
55 Pine Street
Suite 5000
Providence, RI 02903

Kathleen McDaniels

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MATHER FAMILY TRUST

Plaintiff

CA 05 0471

V.

C.A. No. 05-
(R.I. Superior Court – PC05-0214)

7-ELEVEN, INC.

Defendants

**PETITION FOR REMOVAL**

**To:** ***The United States District Court for the District of Rhode Island***

1. Defendants, 7-ELEVEN, INC., specially appear and state that it is a defendant in a civil action filed in the Providence County Superior Court entitled *Mather Family Trust v. 7-Eleven, Inc., C.A. No. 05-2014.* Certified copies of the record from the Providence County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, the Summons and Complaint was served on or about January 18, 2005.

3. That the above described action, as stated in plaintiffs' complaint, is one of which this court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1332, in that the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states. Accordingly, the instant case is one which may be removed to this court by the defendants pursuant to the provisions of 28 U.S.C. §1441(a)-(d).

WHEREFORE, Defendants hereby specially appear and petition this Court for removal of the above captioned matter in accordance with 28 U.S.C. §1441(a)-(d).

Defendants,
By their attorney,

Marc DeSisto (KMD)

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax 272-9937
E-Mail: marc@desistolaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within was mailed, postage prepaid on this 7th day of February 2005 to:

Michael A. Kelly, Esq.
55 Pine Street
Suite 5000
Providence, RI 02903

Kathleen M Daniels

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MATHER FAMILY TRUST,

Plaintiff

CA 05 047 T

V.

C.A. No. 05-
(R.I. Superior Court – PC05-0214)

7-ELEVEN, INC.,

Defendants

**AFFIDAVIT OF FILING PETITION FOR REMOVAL WITH CLERK OF PROVIDENCE COUNTY SUPERIOR COURT**

**TO:** ***The United States District Court for the District of Rhode Island***

I, Marc DeSisto, Attorney for Defendants, 7- ELEVEN, INC., herein specially appear and, on oath, depose and say that I have caused a copy of defendant's Petition for Removal of the above-captioned action to be filed with the clerk of the Providence County Superior Court in accordance with provisions of 28 U.S.C. §1446(d) by causing copies of said Petition to be hand-delivered to the clerk on this 7th day of February, 2005.

I further depose and say that I have given written notice of the filing of said petition to said parties by mailing thereof by the United States mail together with notice of said filing to:

Michael A. Kelly, Esq.
55 Pine Street
Suite 5000
Providence, RI 02903

on this 7th day of February, 2005.

Defendants,
By their attorney,

[signature]

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442 Fax: 272-9937
E-Mail: marc@desistolaw.com

Subscribed and sworn to before me on this 7th day of February, 2005.

[signature]

NOTARY PUBLIC
My Commission Expires 5/3/05

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within was mailed, postage prepaid on this 7th day of February, 2005 to:

Michael A. Kelly, Esq.
55 Pine Street
Suite 5000
Providence, RI 02903

[signature]

FILED