**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MATHER FAMILY TRUST,

Plaintiff

v.

7-ELEVEN, INC.,

Defendant

C.A. No. 05-047T

**ENTRY OF APPEARANCE**

I, Michael A. DeSisto, hereby enter my appearance in the above-captioned matter on behalf of defendant, 7-Eleven, Inc.

7-ELEVEN, INC.

By and through its attorneys,

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Tel #: (401) 272-4442
Fax #: (401) 272-9937
Email: michael@desistolaw.com

DATE: April 19, 2005

4

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within Entry of Appearance was hand-delivered on this 20th day of April, 2005 to:

Michael A. Kelly, Esq. #2116
John O. Mancini, Esq. #6061
55 Pine Street
Suite 5000
Providence, RI 02903