**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
APR 2 0 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MATHER FAMILY TRUST

Plaintiff

V. : C.A. No. 05-047T

7-ELEVEN, INC.

Defendant

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, 7- Eleven, Inc., hereby moves that that Peter S. Brooks, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel, identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______________________

X Pro hac vice counsel's long-standing representation of the clients, 7-Eleven, Inc.

- The local trial bar lacks experience in the field of: ______________________
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______________________

6

C.A. No. 05-047T

Defendant,
By its attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Dated: April 19, 2005

**ATTORNEY, PETER S. BROOKS' CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I, Peter S. Brooks, certify that I am a member in good standing of the bar of the State of Massachusetts and the following Federal District Court and/or Court of Appeals Bar(s): Massachusetts, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months, I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so may result in my being disqualified, either upon the Court's motion or motion of the other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Local Associate Counsel,

Peter S. Brooks, Esq.
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Phone: (617) 946-4991
Fax: (617) 946-4801

Marc DeSisto, Esq.
R.I. Bar ID # 2757
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone:(401) 272-4442
Fax:(401) 272-9937
Email: marc@desistolaw.com

---

**ORDER:**

This motion is hereby granted.

Ernest C. Torres

Honorable Ernest C. Torres, CJ
U.S. District Judge

Date: 4/20/05

ED

C.A. No. 05-047T

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Motion for Entry of Appearance Pro Hac Vice was hand-delivered on this 20th day of April 2005, to:

Michael A. Kelly, Esq.
John O. Mancini, Esq.
55 Pine Street
Suite 5000
Providence, RI 02903