UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MATHER FAMILY TRUST, )
)
*Plaintiff,* )
)
v. ) C.A. NO. 05-047T
)
7-ELEVEN, INC. )
)
*Defendant.* )
)

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff Mather Family Trust and the Defendant 7-Eleven, Inc. hereby stipulate to the dismissal of this action with prejudice and without cost.

Mather Family Trust

By its attorneys

Michael A. Kelly, Esq. (#2116)
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

7-Eleven, Inc.

By its attorneys

Peter S. Brooks, Esq. (BBO#058980)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel#: (617) 946-4800
Fax#: (617) 946-4801

Dated: July 5, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 7/26/05